Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

\_\_\_\_Missoula\_\_\_\_ DivisioDivision

| | | |
|---|---|---|
| David E Snyders | ) | Case No. ___Indigent Status Pending_____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| ***Plaintiff(s)*** | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| –v– | ) | |
| United States of America | ) | JAN 18 ᴖᴖᴖᴉ |
| | ) | Clerk, U.S. Courts |
| _____ | ) | District of Montana |
| ***Defendant(s)*** | ) | Missoula Division |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | David E Snyders & all US citizens as a class action |
| Address | PO Box 101 |
| | Missoula                    MT            59806 |
| | *City*            *State*          *Zip Code* |
| County | Missoula |
| Telephone Number | 406-552-1356 |
| E-Mail Address | milltownmontana@protonmal.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | United States of America |
| Job or Title *(if known)* | |
| Address | |
| | *City*            *State*          *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✓] Individual capacity   [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*            *State*          *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
    Name                   _____
    Job or Title *(if known)*   _____
    Address                _____

| | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County                _____
    Telephone Number    _____
    E-Mail Address *(if known)* _____

    ☐ Individual capacity      ☐ Official capacity

Defendant No. 4
    Name                   _____
    Job or Title *(if known)*   _____
    Address                 _____

| | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County                _____
    Telephone Number    _____
    E-Mail Address *(if known)* _____

    ☐ Individual capacity      ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply):*

    ☑ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
    Admendment 26

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Violation of Amendment 26

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
United States of America

B.    What date and approximate time did the events giving rise to your claim(s) occur?
many times in the past and currently

C.    What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
That the 26th Amendment has been violated by not guaranteeing those 18 and over that their vote as US citizens are not disenfranchised by not having a universal US voter ID card. That violates their rights under Amendment 26. That applies to all US citizens 18 years of age and over.

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

If the 26th Admendment is not followed - then the injuries are unbelievable. That means the votes of individual US citizens 18 years of age and older are negated/disenfranchised and it gets worse from there as the elected officials are not necessarily in there by popular vote but possibly through fraud. Talk about disenfranchising all US citizen votes of those 18 years of age and older. Not having a universal voter card allows election fraud to take over.

Even worse - those who get elected in a fraudulent way want that to continue so they will try to keep any measure for a voter id card stopped.

Again, a violation of Amendment 26 for US citizens.

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

As this has been going on unchecked for a long time with all US citizens 18 years of age and older being prejudiced by it during different general elections.

And consequently all Americans ages 18 years and older being disenfranchised in the past at one time or another.

Feel that for every US citizen 18 years of age and older:

For past damages - $5,000 for every citizen of the US. This money would come from the US media for past violations of the 26th amendment.

$1,045,640,470,000 dollars

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            01/17/2022

Signature of Plaintiff        David E Snyders        *David E Snyders*

Printed Name of Plaintiff     David E Snyders

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address